| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:04CR02389-002 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** RECEIVED | DOCKET NUMBER *(Rec. Court)* 1:07cm1329MEF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: 2007 AUG 20 A 11:54 Dennis Dennoard Faulk, Jr. DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen G. Berrigan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 5, 2007 | TO February 4, 2010 |

**OFFENSE**

Transportation of an undocumented alien by means of a motor vehicle within the United States for private financial gain, 8 U.S.C. § 1324(a)(1)(B)(i)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, Laredo Division</u>

   It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Alabama on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

July 6, 2007
*Date*

*Micaela Alvarez, United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF ALABAMA, Dothan Division</u>

   Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

22 August 2007
*Effective Date*

*United States District Judge*